### LAWSON et al. v. KNIGHT.

No. 14779—Opinion Filed Oct. 14, 1924.

Error from District Court, Oklahoma County; A. S. Wells, Assigned Judge.

Action between Chas. Lawson et al. and C. E. Knight. From judgment for the latter, the former appeal. Reversed and remanded.

K. L. Fitzpatrick, for plaintiff in error.

John Guyer, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, the cause is reversed and remanded for new trial for failure of defendant in error to comply with rule 7 of this court.

---

### MOORE et al. v. BLACK et al.

No. 13879—Opinion Filed Oct. 14, 1924.

Error from District Court, Oklahoma County; J. B. Dudley, Special Judge.

Action between Arthur Moore et al. and Ben W. Black et al. From judgment in favor of the latter, the former bring error. Reversed and remanded.

Fred Ptak, for plaintiffs in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, the cause is reversed and remanded for new trial for failure of defendants in error to comply with rule 7 of this court.

---

### ILLINOIS LIFE INS. CO. v. FARISS et al.

No. 15768—Opinion Filed Oct. 14, 1924.

Error from District Court, Garvin County; A. C. Barrett, Judge.

Action between the Illinois Life Insurance Company, corporation, and Thomas L. Fariss et al. From judgment for the latter, the former brings error. Dismissed.

Beets & Darrough, for plaintiff in error.

Blanton & Osborne, for defendants in error.

PER CURIAM. This proceeding in error is to review an order refusing to appoint a receiver. The appeal is by petition in error and transcript. If any evidence was introduced at the hearing which resulted in the order complained of, such evidence is not before this court. In these circumstances nothing is presented for review; therefore, the appeal is dismissed. Skelly Oil Co. v. Globe Oil Co. et al., 87 Okla. 225, 209 Pac. 321.